AO 241
(Rev. 06/13)

**\* \* PETITIONER AVERS ACTUAL INNOCENCE \* \***

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Middle District of Georgia |
|---|---|
| Name (under which you were convicted): <br> JOHN MICHAEL WOODRUFF | Docket or Case No.: <br> 7:16-CV-8 |
| Place of Confinement: <br> GEORGIA DEPT OF COMMUNITY SUPERVISION <br> 209 N. ASHLEY ST, VALDOSTA, GA 31601 | Prisoner No.: <br> 1001625439 |
| Petitioner (include the name under which you were convicted) <br> JOHN MICHAEL WOODRUFF   v. | Respondent (authorized person having custody of petitioner) <br> KAYLA CROCKETT |
| The Attorney General of the State of GEORGIA | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA

   (b) Criminal docket or case number (if you know):   2012 - CR - 717

2. (a) Date of the judgment of conviction (if you know):   07/21/2015

   (b) Date of sentencing:   09/11/2015

3. Length of sentence:   COUNT I: 36 MONTHS;  COUNT II: 12 MONTHS

4. In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   TERRORISTIC THREATS AND ACTS (O.C.G.A. § 16-11-37)
   DISORDERLY CONDUCT (O.C.G.A. § 16-11-39)

6. (a) What was your plea? (Check one)

   ☑ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty              ☐ (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, ~~trial, or a post-trial hearing~~?

☑ Yes     ☐ No

8. Did you appeal from the judgment of conviction?
**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241 (Rev. 06/13)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:   SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA

(2) Docket or case number (if you know):   2012-CR-717

(3) Date of filing (if you know):   07/23/2015

(4) Nature of the proceeding:   MOTION FOR NEW TRIAL

(5) Grounds raised:   INEFFECTIVE ASSISTANCE OF COUNSEL

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   THE TRIAL COURT REFUSES TO DOCKET THE MOTION

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA

    (2) Docket or case number (if you know):    2012-CR-717

    (3) Date of filing (if you know):    10/09/2015

    (4) Nature of the proceeding:    (SECOND) MOTION FOR NEW TRIAL

    (5) Grounds raised:    VERDICT CONTRARY TO EVIDENCE (SKELETAL MOTION FILED BY SENTENCING COUNSEL TO STAY TOLLING OF APPEAL)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    THE TRIAL COURT HAS NOT DOCKETED THE MOTION

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:    SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):    10/5/2015

    (4) Nature of the proceeding:    APPLICATION FOR WRIT OF HABEAS CORPUS

    (5) Grounds raised:    INEFFECTIVE ASSISTANCE OF COUNSEL

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    THE SUPERIOR COURT REFUSES TO RULE ON PETITIONER'S STATE PAUPERIS APPLICATION
   (7) Result:

   (8) Date of result (if you know):

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:  UNAVAILABLE

   (2) Second petition: UNAVAILABLE

   (3) Third petition: UNAVAILABLE

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
  **PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

  **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

**ACTUAL INNOCENCE**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**PETITIONER POSSESSES AN AUDIO RECORDING OF THE PURPORTED EVENTS WHICH, DUE TO CONSTITUTIONAL ERROR (GROUND TWO), WAS NOT PRESENTED AT TRIAL. SAID RECORDING ABSOLUTELY PROVES THAT PETITIONER DID NOT SPEAK THE UTTERANCES OF THE SECOND COUNT OF THE INDICTMENT. SAID RECORDING FURTHER DISPROVES THE ELEMENTS OF THE FIRST COUNT OF THE INDICTMENT.**

(b) If you did not exhaust your state remedies on Ground One, explain why:

**N/A. ACTUAL INNOCENCE IS NOT A HABEAS GROUND BUT RATHER A GATEWAY THROUGH WHICH A PETITIONER MAY OBTAIN REVIEW OF OTHERWISE BARRED GROUND(S). QUOTING *SCHLUP V. DELO*, 513 U.S. 298, AT 316: "IF [THE PETITIONER] PRESENTS EVIDENCE OF INNOCENCE SO STRONG THAT A COURT CANNOT HAVE CONFIDENCE IN THE OUTCOME OF THE TRIAL UNLESS THE COURT IS ALSO SATISFIED THAT THE TRIAL WAS FREE OF NONHARMLESS CONSTITUTIONAL ERROR, THE PETITIONER SHOULD BE ALLOWED TO PASS THROUGH THE GATEWAY AND ARGUE THE MERITS OF HIS UNDERLYING CLAIMS." FURTHERMORE, "THE PRINCIPLES OF COMITY AND FINALITY THAT INFORM THE CONCEPTS OF CAUSE AND PREJUDICE MUST YIELD TO THE IMPERATIVE OF CORRECTING A FUNDAMENTALLY UNJUST INCARCERATION" (*ID*, AT 315). PLEASE SEE BRIEF FOR FURTHER DISCUSSION AND TREATMENT. SEE ALSO *MCQUIGGIN V. PERKINS*, 569 U.S. ___ (2013); SLIP OP, AT 8; *HOUSE V. BELL*, 547 U.S. 518 (2006), AT 537-538.**

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

(2) If you did not raise this issue in your direct appeal, explain why:

**N/A**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition?

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:
N/A

**GROUND TWO:**
**INEFFECTIVE ASSISTENCE OF COUNSEL (SIXTH, FOURTEENTH AMENDMENTS)**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
TRIAL COUNSEL ABANDONED THE ADVERSARIAL PROCESS. TRIAL COUNSEL DEVOTED A SCANT THREE MINUTES TO CROSS-EXAMINING THE STATE'S FIRST WITNESS AND THEREAFTER WAIVED CROSS-EXAMINATION OF THE STATE'S REMAINING THREE WITNESSES. TRIAL COUNSEL ENTERED NO EVIDENCE, CALLED NO WITNESSES, RAISED ONLY TWO OBJECTIONS, AND REFUSED TO ASSERT OTHER APPROPRIATE OBJECTIONS. TRIAL COUNSEL CONFUSED QUESTIONS OF FACT AND LAW IN HIS MOTION FOR DIRECTED VERDICT. TRIAL COUNSEL ACTED WITH DISREGARD FOR THE RULES OF PROFESSIONAL CONDUCT, WILLFULLY DEPRIVED PETITIONER OF HIS CONFRONTATION SAFEGUARDS, AND MAY HAVE CONDUCTED PETITIONER'S DEFENSE UNDER CONFLICT OR DURESS.

(b) If you did not exhaust your state remedies on Ground Two, explain why:
PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    N/A

(2) If you did not raise this issue in your direct appeal, explain why:
PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   MOTION FOR NEW TRIAL

Name and location of the court where the motion or petition was filed:
SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA

Docket or case number (if you know):   2012 - CR - 717

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
**THE TRIAL COURT REFUSES TO DOCKET PETITIONER'S MOTION.**

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   IMPOSSIBLE WITHOUT A RULING

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**


(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two
**PETITIONER ALSO FILED FOR WRIT OF HABEAS CORPUS (10/05/2015) WITH THE SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA. HOWEVER, THAT COURT REFUSES TO RULE ON PETITIONER'S STATE PAUPERIS APPLICATION (UNLIKE GAMD, LOWNDES COUNTY'S FILING FEE IS $200). THEREFORE, THE STATE HABEAS PETITION REMAINS UNDOCKETED AND UNCONSIDERED.**

**GROUND THREE:**
**SELF-INCRIMINATION (FIFTH, FOURTEENTH AMENDMENTS)**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**IN CLOSING ARGUMENTS, THE STATE REFERENCED PETITIONER'S ELECTION NOT TO TESTIFY IN THE CRIMINAL PROCEEDINGS.**

(b) If you did not exhaust your state remedies on Ground Three, explain why:

**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:
**PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)   **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ❐ Yes   ❐ No

   (2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings**:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ❐ Yes   ❐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 06/13)                                                                                                                    Page 13

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes  ☒ No

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

  **PETITIONER AVERS THAT A VIABLE ACTUAL INNOCENCE CLAIM IS AN EXCEPTION TO PROCEDURAL AND STATUTORY DEFAULT. PLEASE SEE BRIEF ("JURISDICTION," p. 1-2)**

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  **GROUNDS ONE AND TWO HAVE BEEN RAISED BEFORE THE SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA. THE SUPERIOR COURT REFUSES TO RULE ON PETITIONER'S STATE PAUPERIS APPLICATION AND THEREFORE ALSO REFUSES TO ENTERTAIN PETITIONER'S STATE HABEAS PETITION. GROUND THREE HAS NOT BE RAISED DUE TO LACK OF TRANSCRIPT.**

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes  ☐ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

  **U.S. DISTRICT COURT - MIDDLE DISTRICT OF GEORGIA**
  **PETITION FOR WRIT OF HABEAS CORPUS (7:15-CV-0184-HL-TQL)**
  **PETITIONER SOUGHT HABEAS REVIEW ON THE BASIS OF INEFFECTIVE ASSISTANCE OF COUNSEL. PETITIONER ALLEGED CIRCUMSTANCES UNDER 28 U.S.C. § 2254(b)(1)(B)(ii) WHICH WOULD RENDER STATE EXHAUSTION INEFFECTIVE. PETITIONER SUBSEQUENTLY MOVED FOR LEAVE TO AMEND (OR ALTERNATELY TO DISMISS WITHOUT PREJUDICE) SO THAT PETITIONER COULD MORE CORRECTLY ARTICULATE EXCEPTION CONSISTENT WITH *MCQUIGGIN V. PERKINS*, 569 U.S. __ (2013) AND ITS PREDICATES. THE PETITION WAS DISMISSED WITHOUT PREJUDICE. THE INSTANT PETITION ASSERTS A CLAIM OF ACTUAL INNOCENCE AS AN EXCEPTION TO STATUTORY AND PROCEEDURAL BARS.**

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes  ☐ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

  **AS STATED, PETITIONER ALSO FILED FOR WRIT OF HABEAS CORPUS (10/05/2015) WITH THE SUPERIOR COURT OF LOWNDES COUNTY, GEORGIA. HOWEVER, THAT COURT REFUSES TO RULE ON PETITIONER'S CONTEMPORANEOUS PAUPERIS APPLICATION (UNLIKE GAMD, LOWNDES COUNTY'S FILING FEE IS $200). THEREFORE, THE STATE HABEAS PETITION REMAINS UNDOCKETED/UNCONSIDERED.**

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:
   JOHN D. HOLT
   203 E. GORDON ST, VALDOSTA, GA 31601

   (b) At arraignment and plea:
   JOHN D. HOLT
   203 E. GORDON ST, VALDOSTA, GA 31601

   (c) At trial:
   WADE KRUEGER
   160 S. PATTERSON ST, VALDOSTA, GA 31603

   (d) At sentencing:
   GUYTON O. TERRY, III
   111 E. ADAIR ST, VALDOSTA, GA 31601

   (e) On appeal:
   RICHARD PARKER
   PO BOX 1045, BAINBRIDGE, GA 39818

   (f) In any post-conviction proceeding:
   N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding:
   N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

   N/A

N/A - INTENTIONALLY BLANK

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

CONVENE AN EVIDENTIARY HEARING ON THE ISSUES; ORDER PETITIONER'S IMMEDIATE RELEASE FROM CUSTODY PENDING SUCH HEARING; VACATE THE JUDGEMENT OF THE STATE COURT; ACCORD SUCH FURTHER, DIFFERENT, OR OTHER RELIEF AS WOULD BE JUST AND PROPER.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

Executed (signed) on   02/01/2016   (date).

_____
Signature of Petitioner

JOHN M. WOODRUFF
POST OFFICE BOX 4584
VALDOSTA, GEORGIA 31604
JOHN@JOHNWOODRUFF.COM
(404) 477-4652