DOL-442B1(R-04/13)
NM2006

# GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

SSN _____

BYB  03/04/16

CWB  06/05/16

CAREER CENTER
5800
VALDOSTA
221 S. ASHLEY ST.
VALDOSTA, GEORGIA 31602
FAX # (229) 333-5301

5800

| CLAIMANT | EMPLOYER |
|---|---|
| JOHN M. WOODRUFF<br>PO BOX 4584<br>VALDOSTA GA    31601 | |

### SECTION I - CLAIM DETERMINATION

Not eligible as of 02/28/16.

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-195(a)(3)(A) of the Employment Security Law says that when you are unemployed you must meet certain requirements to be paid for any week. You must be able to work. You must be available for work. You must make an active search for work. You must be bona fide in the labor market. Section 34-8-24 says that "bona fide in the labor market" means available for full time work as that term applies to the type of work you are seeking.

### SECTION III - REASONING

You must make an active search for work each week to be paid benefits. You did not show that you were looking for work, as required. You are required to make 3 verifiable work searches each week, however, you can not continue to contact the same employer each week that you do work search. You can follow-up with the same employer one time. You cannot be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

### SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal on or before 06/22/16. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. **You will be required to repay the benefits received during the disqualification period, if a determination allowing benefits is reversed by an appeal decision.** Refer to the Claimant Handbook booklet or contact an office of the Georgia Department of Labor for more details.

| Georgia Department of Labor | 06/06/16 | 06/07/16 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

**Georgia Department of Revenue**
TAXPAYER SERVICES DIVISION
P.O. BOX 105499
ATLANTA, GA 30348-5499
Telephone: (877) 423-6711

bL001

Ronald Johnson Jr., Director, Taxpayer Services Division                Lynnette T. Riley, State Revenue Commissioner



XNGD3TAR 000447
JOHN M WOODRUFF
PO BOX 4584
VALDOSTA GA 31604-4584

Letter ID: ▮
Issued Date: **08-Jun-2016**
SSN: ▮

## NOTICE OF PROPOSED ASSESSMENT

The State Revenue Commissioner proposes to make an assessment of delinquent taxes against you for the tax type, period, and amount summarized below. Additional information is detailed on the reverse side of this notice and enclosed documents, if necessary.

| Tax Type | Period | Tax | Penalty | Interest | Other | Amount Due |
|---|---|---|---|---|---|---|
| Individual | 31-Dec-2015 | $260.00 | $2.60 | $5.20 | $0.00 | $267.80 |

**\*\* SEE REVERSE SIDE FOR ADDITIONAL INFORMATION\*\***

**How to Pay this Proposed Assessment**
To pay by Internet - Log on to the Georgia Tax Center website at https://gtc.dor.ga.gov.
To pay by mail - Mail the payment voucher located at the bottom portion of this document along with a check or money order to the address listed on the voucher.

**How to Protest this Proposed Assessment**
To protest by Internet - Log on to the Georgia Tax Center website at https://gtc.dor.ga.gov.
To protest by mail - Complete a Protest of Proposed Assessment or Refund Denial form by downloading the form from the Department's website at http://dor.georgia.gov/. Return the form along with any supporting documentation within 30 days of the issued date of this notice. Mail to: Georgia Department of Revenue, P.O. Box 105596, Atlanta, GA 30348-5596.

**Failure to pay or file a protest within 30 days of the issued date will result in the issuance of an Official Assessment and Demand for Payment.**

---

**ITS-V (Rev. 8/15)**
**Integrated Tax System**
**Payment Voucher**



0906907011

JOHN M WOODRUFF
PO BOX 4584
VALDOSTA GA 31604-4584

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 74680346963 as your notice number.

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| 01 | 09 | 02 |
| PAYMENT NO. | PERIOD END | VENDOR CODE |
| 74680346963 | | 070 |

DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.

AMOUNT DUE $         267.80

AMOUNT PAID $ _____

06974680346963300000000000000000009020107000000267800



**Department of Community Supervision**

2 Martin Luther King, Jr. Drive SE

Suite 458, Balcony Level, East Tower

Atlanta, Georgia 30334

www.dcs.georgia.gov



Nathan Deal
Governor

Michael W. Nail
Commissioner

May 26, 2016

DEAR John Michael Woodsoff GDC# 1001625439

THIS IS A LETTER TO INFORM THAT PAYMENTS TOWARD YOUR COURT ORDERED FINES & FEES HAVE NOT BEEN SUBMITTED AS DIRECTED.

PAYMENTS ARE DUE EVERY MONTH.

BALANCE $1523.56

A PAYMENT NEEDS TO BE MAILED WITHIN 5 DAYS OF RECEIVING THIS LETTER. PAYMENTS ARE ONLY ACCEPTED IN A MONEY ORDER

MAIL PAYMENTS TO:
    GDC-Probation/Parole
    PO BOX 820810
    Pembroke Pines, FL 33082

**MUST INCLUDE THE GDC NUMBER AND FULL NAME ON MONEY ORDER**

IF YOU FAIL TO MEET THE REQUIREMENTS OF THIS LETTER A WARRANT WILL BE ISSUED FOR YOUR ARREST.

PLEASE CALL ASSISTANT CHIEF ANDREA RADNEY 229-333-5274 or 404-561-4352

*Andrea Radney*

Equal Opportunity Employer